ERIC OLLASON
ATTORNEY AT LAW
182 NORTH COURT
TUCSON, ARIZONA 85701
TELEPHONE (520) 791-2707
PCC NO. 4349
SBA # 014860

**Attorney for Debtors**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In proceedings under Chapter 13 |
| **KIRT S IJAMS and NANCY L IJAMS,** | No. 4:15-bk-14401-SHG |
| Debtors. | **OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO SUBMIT TAX RETURNS AND NOTICE OF INTENT TO LODGE ORDER DISMISSING CASE** |

The Debtors, by and through counsel, undersigned hereby object to the Trustee's lodging order dismissing this case based upon the following:

1. On November 10, 2015, the Debtors filed for Bankruptcy under Chapter 13.

2. Debtors are currently working on filing their 2015 tax returns and will submit the required tax returns to the Trustee.

WHEREFORE, based upon the aforementioned, the Debtors object to the lodging of the Trustee's Order dismissing this case.

Dated: March 15, 2017

/s/ *Eric Ollason*
Eric Ollason
Attorney for Debtors

Copies of the foregoing mailed
this 15th day of March, 2017 to:

**CHAPTER 13 TRUSTEE:**

Dianne C. Kerns
Office of Chapter 13 Trustee
7320 N. La Cholla #154, PMB #413
Tucson, AZ 85741-2305